IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PATRICIA HENNESSEY,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL WELLNESS SOLUTIONS, LLC,<br><br>Defendant. | : | CIVIL ACTION FILE<br><br>NO. 1:11-cv-00620-TCB-ECS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 17th day of June, 2011.

**DANOWITZ & ASSOCIATES, P.C.**

/s/ Edward F. Danowitz
Edward F. Danowitz
Georgia Bar No. 003180
300 Galleria Parkway
Suite 960
Atlanta, Georgia 30339
Phone: 770-933-0960
*Counsel for Defendant*

**SKAAR & FEAGLE, LLP**

/s/ Justin T. Holcombe
Justin T. Holcombe
Georgia Bar No. 552100
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
Phone: 770-427-5600
*Counsel for Plaintiff*